UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

RANDY JOSEPH NOWAK,
by his Guardian Julie Calhoun,
et al.,
Plaintiffs,

vs.

Civil No. 3:23 cv 589 DRL--SLC

CARL H. BAXMEYER, as
President of the St. Joseph
County Board of Commissioners,
Et al
Defendants.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties have settled this case in a separate agreement which memorializes

their agreement. They now request this Court to dismiss this case with prejudice.

Respectfully submitted,

*s/ Kent Hull*
Kent Hull
Atty. No. 8580-71
238 S. Hawthorne Dr.
South Bend, IN 46617
574-287- 3806
hkent507@gmail.com

Attorney for Plaintiffs

*s/ Shaw Friedman/ by KH with permission*
Shaw Friedman
Attorney for Plaintiffs

*s/ Michael P. Misch/ by KH with permission*
Michael P. Mi
Attorney for Defendants

All dated August 27, 2023

I certify that on the   27th day of August, 2023, I served a copy of the foregoing:

### STIPULATION TO DISMISS

On Atty. Shaw Friedman Atty. and Michael P. Misch via PACER.

s/ *Kent Hull*
Kent Hull